**SEALED**

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| United States of America<br>v.<br><br>Steven McArthur II<br><br>*Defendant(s)* | ) ) ) ) ) ) ) Case No.<br><br>25-MJ-3016 |

**FILED**
JAN 22 2025
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __November 2024 - January 2025__ in the county of __Sangamon__ in the
__Central__ District of __Illinois__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841 | Distribution of Controlled Substances |

This criminal complaint is based on these facts:
See Affidavit and attachments.

☑ Continued on the attached sheet.

**JAMES TOLLIVER**  Digitally signed by JAMES TOLLIVER
Date: 2025.01.22 16:09:27 -06'00'

*Complainant's signature*

James Tolliver, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 1/22/2025

*Judge's signature*

City and state: Springfield, IL        Colleen R. Lawless, United States District Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| IN THE MATTER OF THE ARREST OF: STEVEN MCARTHUR II (B/M, DOB: 02/03/2005) | Case No. 25-MJ-3016<br><br>**Filed Under Seal** |

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR AN ARREST WARRANT

### INTRODUCTION

I, James Tolliver, being first duly sworn, hereby depose and state as follows:

1. I, Special Agent (SA) James Tolliver, have been employed by the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) for approximately 10 years and have had approximately 10 years of previous law enforcement experience as an Atlanta, Georgia police officer. I am currently assigned to the Springfield, IL Group I Field Office of the Chicago Field Division, investigating federal criminal offenses, to include, but not limited to, violations of Titles 18 and Titles 21 of the United States Code. Throughout my employment, I have received specialized training in and have experience investigating various aspects of illegal firearms and narcotics

0

trafficking. I have personally conducted or assisted in numerous investigations of state and federal criminal violations involving the illegal trafficking of firearms and narcotics and other related crimes. I have prepared numerous criminal affidavits, executed numerous search and arrest warrants, and testified at criminal trials during my participation in investigations. As a Special Agent with the ATF, I am authorized to investigate violations of the United States Code and to execute warrants issued under the authority of the United States.

2. This affidavit is made in support of a criminal complaint charging STEVEN MCARTHUR II with distributing a mixture or substance containing cocaine, a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C). A warrant for the arrest of STEVEN MCARTHUR II (hereinafter "MCARTHUR") is requested.

3. The information contained in this affidavit is based upon my personal knowledge of this investigation, and upon information provided by other law enforcement personnel. As this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included all of the facts known to agents

1

concerning this investigation. Rather, I have set forth only those facts I believe to be necessary to establish probable cause for the arrest of MCARTHUR.

**INVESTIGATION**
*Bureau of Alcohol, Tobacco, Firearms, and Explosives CI-32801/(SCSO) CI24-0729 Information*

4. CI-32801/CI24-0729 ("CI") has been a documented confidential informant with the Sangamon County Sheriff's Office (SCSO) since July 2024 and with the ATF since August 2024. The CI has no prior felony convictions, but on information and belief has a pending felony charge in Sangamon County for forgery and other fraud offenses. The CI has past arrests for forgery related charges. The CI initially began working with law enforcement for consideration on pending charges and then for monetary gain. The CI has provided reliable information on the case discussed in this affidavit and other ongoing cases and has proven to be reliable.

**Information from the CI November 8, 2024**

5. On November 8, 2024, the CI informed SCSO Deputy (Dep). Brooks that they could buy cocaine from a person with the phone number 217-843-7991. Using law enforcement databases Dep. Brooks ran the phone number and found it was associated

with MCARTHUR. Dep. Brooks obtained a driver's license or booking photo of MCARTHUR and showed it to the CI, who confirmed it was the person from whom the CI could purchase cocaine.

### Controlled Buy November 13, 2024

6. On November 13, 2024, the SCSO conducted a controlled purchase of cocaine from MCARTHUR. The CI arranged a transaction by calling MCARTHUR at 217-843-7991. Dep. Brooks was able to hear the conversation between MCARTHUR and the CI. MCARTHUR and the CI agreed to meet at 4200 Conestoga Drive, Springfield where the CI would buy a half ounce of cocaine for $600 from MCARTHUR. The controlled buy was video recorded. The CI was under constant surveillance during the operation. The CI was checked for contraband before and after the operation with negative results. The CI traveled to and from the controlled purchase with Dep. Brooks, acting as an undercover agent (UA), in an undercover vehicle (UCV).

7. MCARTHUR arrived at 4200 Conestoga in a white 2018 Alfa Romeo Stelvio (IL tag# EZ25045, registered to Alaya M.

Jefferson, 812 S. 15th St., Springfield, IL 62703). The CI directed Dep. Brooks to park by the Alfa Romeo. At that time, Dep. Brooks provided the CI with $600 in Official Advance Funds (OAF). The CI exited the UCV and approached the front passenger door of the Alfa Romeo and eventually entered the vehicle. Shortly after, the CI returned to the UCV and Dep. Brooks and the CI left the area. As they left, Dep. Brooks observed the Alfa Romeo leaving and was able to identify the front passenger as MCARTHUR.

8. Back at a predetermined location, the CI provided the clear baggie of cocaine they had purchased from MCARTHUR with $600 of USC/OAF to agents. The suspected cocaine weighed approximately 11 grams with packaging and field tested positive for the presence of cocaine.

9. During a debrief, the CI told Dep. Brooks MCARTHUR was the front seat passenger of the Alfa Romero and was wearing a dark gray or black hooded sweatshirt. The CI said they handed MCARTHUR the USC/OAF and MCARTHUR handed them the suspected cocaine. The CI said a black female was in the driver's seat of the Alfa Romeo.

## Controlled Buy November 19, 2024

10. On November 19, 2024, SCSO conducted a controlled purchase of cocaine from MCARTHUR. Dep. Brooks searched the CI for contraband before and after the operation with negative results. The CI arranged the transaction by calling MCARTHUR at 217-843-7991. MCARTHUR advised the CI to meet in the area of Peoria Rd. and Griffiths Ave. Dep. Brooks and the CI traveled to the location in the UCV. Sometime later, Dep. Brooks observed a blue Volkswagen sedan (IL tag #BX43144, registered to Queyounia Robinson, 4100 Pickfair Rd.) pull near the UCV. Dep. Brooks was able to identify the front seat passenger as MCARTHUR. The CI exited the UCV and entered the blue Volkswagen. The CI then exited the Volkswagen and returned to the UCV soon after. Dep. Brooks and the CI then left the area.

11. Back at a predetermined location, the CI provided Dep. Brooks with the baggie of suspected cocaine they had purchased from MCARTHUR with $1,000 of USC/OAF.

12. During the debrief, the CI told Dep. Brooks MCARTHUR was in the front passenger seat of the Volkswagen. The CI said

there was a black female that MCARTHUR had previously referred to as his girlfriend in the driver's seat. The CI told Dep. Brooks they handed MCARTHUR the USC/OAF and MCARTHUR handed them the suspected cocaine.

13. Dep. Brooks weighed and field tested the suspected cocaine. The suspected cocaine weighed approximately 22.4 grams with packaging and field tested positive for the presence of cocaine. The controlled buy was video recorded. The CI was under constant surveillance during the operation.

## Controlled Buy November 26, 2024

14. On November 26, 2024, the SCSO conducted a controlled buy of cocaine from MCARTHUR near Peoria Rd. and Griffiths Ave. The CI contacted MCARTHUR at 217-843-7991 and arranged to buy one ounce of cocaine for $1,200. Before and after and the operation, Dep. Brooks checked the CI and the CI's vehicle for contraband with negative results.

15. Ahead of the CI arriving in the area of Peoria Rd and Griffiths Ave, other SCSO investigators and the Illinois State Police (ISP) Air Ops conducted surveillance on MCARTHUR. Units

observed MCARTHUR walk out of 2008 Cory Lane and get into a light blue 2015 Hyundai Sonata bearing Illinois tag #EH90185, registered to Geneva Piearson, 812 S. 15th St., Springfield, IL 62703. MCARTHRUR left in the vehicle and units followed him to 2021 N. 11th St.

16. Later, the CI arrived in the area of Peoria Rd and Griffiths Ave and waited to meet MCARTHUR. Units then observed MCARTHUR walk from 2021 N. 11th St. and approach the CI's vehicle. A short time later, units observed MCARTHUR walk back to 2021 N. 11th St. The CI then left the area.

17. Back at the predetermined location, the CI turned over the suspected cocaine they had purchased from MCARTHUR with $1,200 USC/OAF, giving it to Det. Brooks. Det. Brooks was informed by other units that after the deal, MCARTHUR got back into the light blue Hyundai and drove to 1017 S. 11th St. An unknown person was seen meeting with MCARTHUR and afterward MCARTHUR was seen leaving the location and heading to 3100 S. McArthur Blvd.

18. Dep. Brooks weighed and field tested the suspected

cocaine. The suspected cocaine weighed approximately 18.3 grams with packaging and field tested positive for the presence of cocaine. The controlled buy was video recorded. In the video, Dep. Brooks observed MCARTHUR wearing a gray hooded sweatshirt with the hood up. Dep. Brooks also was able to see MCARTHUR open the passenger door of the CI's vehicle. The CI was under constant surveillance during the operation.

### Controlled Buy December 6, 2024

19.     On December 6, 2024, the SCSO conducted a controlled buy of cocaine from MCARTHUR near 11th Street and Stanford Ave. Before and after the operation, Dep. Brooks checked the CI and the CI's vehicle for contraband with negative results.

20.     The CI contacted MCARTHUR at 217-843-7991 and arranged a deal with MCARTHUR for one ounce of cocaine. The CI and MCARTHUR agreed to meet in the area of 11th St. and Stanford Ave.  Dep. Brooks followed the CI to the meeting location as other SCSO units conducted surveillance.

21.     During the deal, surveillance units observed the CI's vehicle parked in the area. After some time, units reported seeing

the passenger door to the CI's vehicle open, but the units were not able to observe a transaction between the CI and MCARTHUR. Afterward, surveillance units told Dep. Brooks that MCARTHUR was seen entering a black Lexus sedan in the area (2015 Lexus IS, IL tag #EY38991, registered to Steven MCARTHUR, 77 Alken Ct, Springfield, IL 62703).

22. During the debrief, the CI told Dep. Brooks they were parked in the area of the meeting location and MCARTHUR approached their vehicle after exiting a black Lexus sedan. The CI stated they handed MCARTHUR the $1,200 USC/OAF and MCARTHUR handed them the suspected cocaine. The controlled buy was video recorded.

23. Afterward, Dep. Brooks weighed and field tested the suspected cocaine. The suspected cocaine weighed approximately 7.7 grams with packaging and field tested positive for the presence of cocaine. The CI was under constant surveillance during the operation.

**Controlled Buy December 11, 2024**

24. On December 11, 2024, the SCSO conducted a

controlled buy of cocaine from MCARTHUR near Peoria Rd. and Griffiths Ave. The CI and the CI's vehicle were searched for contraband before and after the operation with negative results.

25. The CI contacted MCARTHUR at 217-843-7991 to set up the deal for one ounce of cocaine for $1,200 USC/OAF. The CI and MCARTHUR agreed to meet in the area of Peoria Rd and Griffiths Ave. Dep. Brooks followed the CI to the location, while surveillance units set up in the area.

26. After some time, surveillance units saw MCARTHUR leave 2021 N. 11th St and walk toward the CI's vehicle. They then observed MCARTHUR enter the passenger seat of the CI's vehicle. A short time later, MCARTHUR exited the CI's vehicle and walked back to and entered into 2021 N. 11th St. The CI then left the area, followed by Dep. Brooks.

27. Back at a predetermined location, the CI provided Dep. Brooks with the suspected cocaine they had purchased from MCARTHUR. During the debrief, the CI told Dep. Brooks they handed MCARTHUR the $1,200 USC/OAF and MCARTHUR handed them the suspected cocaine.

28. It should be noted, when Dep. Brooks reviewed the video from the deal, he observed MCARTHUR in the CI's vehicle counting the $1,200 of USC/OAF.

29. Dep. Brooks weighed and field tested the suspected cocaine. The suspected cocaine weighed approximately 20.2 grams with packaging and field tested positive for the presence of cocaine.

### Controlled Buy December 17, 2024

30. On December 17, 2024, the SCSO conducted a controlled buy of cocaine from MCARTHUR near Peoria Rd. and Griffiths. The CI was searched before and after the operation with negative results.

31. The CI contacted MCARTHUR at 217-843-7991 and set up the deal for one ounce of cocaine for $1,200 USC/OAF. The CI and MCARTHUR agreed to meet in the area of Peoria Rd and Griffiths Ave. Dep. Brooks followed the CI to the meeting location, while surveillance units set up in the area, as well.

32. At the deal location, surveillance units observed MCARTHUR'S black Lexus (IL tag #EY38991) backed in and parked in the driveway of 2021 N. 11th St. They then observed a

white 2018 Alfa Romeo Stelvio (IL tag # EZ25045, registered to Alaya M. Jefferson, 812 S. 15th St., Springfield, IL 62703) park in front of 2021 N. 11th St. It should be noted, this is the same Alfa Romeo from a previous deal with MCARTHUR. A black male wearing an orange sweatshirt was seen exiting the front passenger seat of the Alfa Romeo and entering 2021 N. 11th St. Shortly after, MCARTHUR exited 2021 N. 11th St. wearing an orange sweatshirt. Units then observed MCARTHUR walk to the CI's vehicle and open the front passenger door. MCARTHUR then ran back to 2021 N. 11th St. and entered the passenger seat of the Alfa Romeo. The CI then left the area, followed by Dep. Brooks. Afterward, surveillance units stated they saw MCARTHUR exit the passenger seat of the Alfa Romeo and walk back into 2021 N. 11th St.

33. Back at a predetermined location, the CI provided Dep. Brooks with the baggie of suspected cocaine they had purchased from MCARTHUR. During the debrief, the CI told Dep. Brooks they handed MCARTHUR the $1,200 USC/OAF and MCARTHUR handed them the baggie of suspected cocaine.

34. Later, Dep. Brooks reviewed the surveillance video from

the deal and saw MCARTHUR wearing an orange hooded sweatshirt during the deal.

35. Dep. Brooks weighed and field tested the baggie of suspected cocaine. The suspected cocaine weighed approximately 17.7 grams with packaging and field tested positive for the presence of cocaine. The CI was under constant surveillance during the operation.

### Controlled Buy December 19, 2024

36. On December 19, 2024, the SCSO conducted a controlled buy of cocaine from MCARTHUR for $1,200 USC/OAF. The CI and the CI's vehicle were searched before and after the operation with negative results.

37. The CI contacted MCARTHUR at 217-843-7991 and arranged the deal for an ounce of cocaine for $1,200 and a Glock pistol for $500 USC/OAF. The CI and MCARTHUR agreed to meet in the area of Peoria Rd and Griffiths Ave. Dep. Brooks followed the CI to the meeting location, while surveillance units traveled to the area, as well.

38. At the meeting location, surveillance units observed the

CI vehicle. Units observed a black male open the passenger door to the CI vehicle and after a moment, units observed the black male shut the door to the CI vehicle and walk away. The male was observed walking to a silver vehicle parked in front of 2021 N. 11th St. Shortly after, the same male was seen walking into 2021 N. 11th St. The CI then left the area, followed by Dep. Brooks. Surveillance units then left the area, as well.

39. Back at the predetermined location, the CI provided Dep. Brooks with a baggie of suspected cocaine and $300 of USC/OAF. During the debrief, the CI told Dep. Brooks they handed MCARTHUR all of the USC/OAF and MCARTHUR handed them the baggie of suspected cocaine. The CI also told Dep. Brooks they asked MCARTHUR about the Glock pistol. MCARTHUR did not provide the pistol, so the CI asked for $300 of the USC/OAF back. The CI was under constant surveillance during the operation. Based on information and belief, it appears the CI mistakenly asked for $300 USC/OAF back from MACARTHUR rather than $500.

40. Dep. Brooks weighed and field tested the baggie of

suspected cocaine. The baggie of suspected cocaine weighed approximately 19.4 grams with packaging and field tested positive for the presence of cocaine.

41. Dep. Brooks reviewed the surveillance video from the operation and was able to positively identify MCARTHUR as the individual who had opened the CI's vehicle door. Dep. Brooks also observed MCARTHUR accepting the USC/OAF and handing the CI the baggie of suspected cocaine.

## Controlled Buy January 17, 2025

42. On January 17, 2025, the ATF, along with the assistance of Homeland Security (HSI), conducted a controlled buy of cocaine (counterfeit substance) from MACARTHUR. The CI was searched before and after the operation with negative results.

43. The CI contacted MCARTHUR at 217-843-7991 and arranged the deal for one ounce of cocaine for $1,300 in Agent Cashier funds (ACF). The CI and MCARTHUR agreed to meet in the area of Peoria Rd and Griffiths Ave. SA Tolliver followed the CI to the meeting location, while other units set up to conduct surveillance in the area.

15

44. At the meeting location, SA Tolliver observed a black male walk from the area of 2021 N. 11th St. in the direction of the CI's vehicle. Surveillance units observed the same male enter the front passenger seat of the CI's vehicle. A short time later, units saw the male exit the CI's vehicle. SA Tolliver saw the male walk back in the direction of 2021 N. 11th St. and enter a black Lexus sedan that was backed in and parked in the driveway at 2021 N. 11th St. The CI then left the area. As SA Tolliver went to follow the CI vehicle away, SA Tolliver observed the black Lexus at the intersection of N. 11th St. and Peoria Rd. SA Tolliver positively identified the driver as MCARTHUR. SA Tolliver then continued on to the predetermined location to meet with the CI.

45. Back at the predetermined location, the CI handed SA Tolliver a baggie of suspected cocaine. Upon seeing and feeling the baggie, SA Tolliver suspected it was a counterfeit substance and not actually cocaine. During the debrief, the CI stated they provided MCARTHUR with the $1,300 ACF and MCARTHUR handed them the baggie of suspected cocaine.

46. SA Tolliver weighed and field tested the baggie of

suspected cocaine. The baggie of suspected cocaine weighed approximately 63.6 grams with packaging and did not field test positive for the presence of cocaine.

## CONCLUSION

47. Based on the foregoing, I respectfully submit there is probable cause to believe Steven MCARTHUR has violated and is continuing to violate Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) in Sangamon County, Illinois within the jurisdiction of the Central District of Illinois.

48. Because this investigation is ongoing and its success would be jeopardized if the contents of this Affidavit were made public at this time, I am requesting this Affidavit and the accompanying documents be sealed until further Court Order.

Respectfully submitted,

JAMES TOLLIVER
Digitally signed by JAMES TOLLIVER
Date: 2025.01.22 16:10:40 -06'00'

JAMES TOLLIVER
SPECIAL AGENT, ATF

Subscribed and sworn to via reliable electronic means this 22nd day of January, 2025.

COLLEEN R. LAWLESS
UNITED STATES DISTRICT JUDGE

17